IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ADAMS, | 1:08-cv-00922-AWI-SMS-(HC) |
| Petitioner, | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | (DOCUMENT #11) |
| KEN CLARK, | |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 17, 2008, petitioner filed a motion to extend time to file traverse. Inasmuch as petitioner filed the traverse on December 17, 2008, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion to extend time to file traverse is GRANTED nunc pro tunc to December 17, 2008.

IT IS SO ORDERED.

**Dated:   December 23, 2008**          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE